UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    No.     3:26-cr-00129

[2] AQUAIN JARAIL GADLEN

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1.   AQUAIN JARAIL GADLEN, DOB: 9/17/1982, OCA No. 274384, who is, in due form and process of law, confined in the custody of the Davidson County Sheriff's Office, 200 James Robertson Parkway, Nashville, Tennessee 37201.

2.   Said individual is needed for an initial appearance and related proceedings pursuant to an indictment in Case No. 3:26-cr-00129 and is needed as soon as practical to appear before this Court. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: July 7, 2026

*/s/ Carlin C. Hess*
Carlin C. Hess
Assistant United States Attorney
Petitioner

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   United States Marshal, Middle District of Tennessee

Davidson County Sheriff's Office, 200 James Robertson Parkway, Nashville, TN 37201

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought AQUAIN JARAIL GADLEN, DOB: 9/17/1982, OCA No. 274384, who is, in due form and process of law, confined in the custody of the Davidson County Sheriff's Office, 200 James Robertson Parkway, Nashville, TN 37201, shall be transferred to the custody of the United States Marshal and produced before this Court as soon as practical to attend his initial appearance and other proceedings in this matter; and shall be retained in federal custody pending resolution of this matter.

WITNESS, Honorable Luke A. Evans, United States Magistrate Judge for the Middle District of Tennessee.

DATED: _____

UNITED STATES DISTRICT COURT

By: _____